UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIKA A. HAYES,<br><br>                              Plaintiff,<br><br>           -against-<br><br>ACAP (NFPO),<br><br>                              Defendant. | 24-CV-1883 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 25, 2024, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the *in forma pauperis* application legibly written and with an original signature or prepay the filing fees. That order specified that failure to comply would result in dismissal of the complaint. The Court received Plaintiff's amended *in forma pauperis* application on April 18, 2024, but the amended application is also illegible and unsigned. (ECF 9.) Plaintiff also did not prepay the filing fees. Accordingly, the Court dismisses this action without prejudice to Plaintiff's refiling it.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 29, 2024
             New York, New York

                                                                              /s/ Laura Taylor Swain
                                                                              LAURA TAYLOR SWAIN
                                                                         Chief United States District Judge