UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIKA A. HAYES,<br><br>       Plaintiff,<br><br>  -against-<br><br>ASCAP,<br><br>       Defendant. | 24-CV-1883 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 16, 2024 order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 16, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge